IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02633-WJM-KMT

CRUISER ACCESSORIES, LLC, a Colorado limited liability company.

    Plaintiff,

v.

BELL AUTOMOTIVE PRODUCTS, INC., an Arizona corporation,

    Defendant.

## ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE

THIS MATTER comes before the Court on Plaintiff Cruiser Accessories, LLC's Motion to Dismiss with Prejudice [ECF No. 28]. The Court, having reviewed the Motion, and being fully advised, hereby ORDERS as follows:

The Motion to Dismiss is GRANTED. Plaintiff Cruiser Accessories, LLC's claims against Defendant Bell Automotive Products, Inc. are hereby DISMISSED WITH PREJUDICE. Each party shall pay its own costs and attorney's fees.

Dated this 20th day of April, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge